**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| CROWN SERVICES, INC., | ) | CASE NO. 1:08CV2817 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK C. PARRINELLO, | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                                    S/Christopher A. Boyko
                                                    HONORABLE CHRISTOPHER A. BOYKO
                                                    UNITED STATES DISTRICT JUDGE

January 9, 2009